# EXHIBIT "A"



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

NXC / ALL
Transmittal Number: 15481781
Date Processed: 08/08/2016

| | |
|---|---|
| **Primary Contact:** | Mr. Barry Paige<br>Steak n Shake<br>107 S Pennsylvania Street<br>Suite 400<br>Indianapolis, IN 46204 |
| **Copy of transmittal only provided to:** | Donna Jarrett<br>Larry Offutt |
| **Entity:** | Steak N Shake Operations, Inc.<br>Entity ID Number 2557158 |
| **Entity Served:** | Steak N Shake Operations, Inc. d/b/a Steak N Shake #285 |
| **Title of Action:** | Brandi DiBlasi-Rouselle vs. Steak N Shake Operations, Inc. d/b/a Steak N Shake #285 |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Labor / Employment |
| **Court/Agency:** | Osceola County Court, Florida |
| **Case/Reference No:** | 2016 CC 1724 CL |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 08/08/2016 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Robert W. Parsons<br>407-478-4878 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscinfo.com