UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDI DIBLASI-ROUSELLE,

    Plaintiff,

v.       Case No:   6:16-cv-1531-Orl-37TBS

STEAK N SHAKE OPERATIONS, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal without Prejudice (Doc. 28), filed September 7, 2017.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 41(a)(A)(ii), this case is hereby **DISMISSED without Prejudice**, with each party to bear its own fees and costs.   Any settlement agreement reached by the parties is unenforceable. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida this 18th day of September, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record